1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>Defendants,<br><br>and<br><br>AMERICAN EXPRESS NATIONAL BANK, a financial institution,<br><br>Garnishee Defendant. | CASE NO. 2:25-mc-00030-JHC<br><br>ORDER DENYING APPLICATIONS FOR WRIT OF GARNISHMENT |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & | Case No. 2:25-mc-00031-JHC |

ORDER DENYING APPLICATIONS FOR WRIT
OF GARNISHMENT- 1

| | |
|---|---|
| DECKER (U.S.) INC., a Maryland corporation, | |
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants, | |
| and | |
| BANCORP BANK NA, a financial institution, | |
| Garnishee Defendant. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation, | Case No. 2:25-mc-00032-JHC |
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants, | |
| and | |
| BANK OF AMERICA NA, a financial institution, | |
| Garnishee Defendant. | |

ORDER DENYING APPLICATIONS FOR WRIT OF GARNISHMENT- 2

|  |  |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>    Defendants,<br><br>and<br><br>CAPITAL ONE FINANCIAL CORPORATION, a financial institution,<br><br>    Garnishee Defendant. | Case No. 2:25-mc-00033-JHC |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | Case No. 2:25-mc-00034-JHC |

ORDER DENYING APPLICATIONS FOR WRIT
OF GARNISHMENT- 3

|   |   |
|---|---|
| Defendants, | |
| and | |
| JP MORGAN CHASE BANK NA, a financial institution, | |
| Garnishee Defendant. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation, | Case No. 2:25-mc-00035-JHC |
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants, | |
| and | |
| CTBC BANK CORP (USA), a financial institution, | |
| Garnishee Defendant. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation, | Case No. 2:25-mc-00036-JHC |

ORDER DENYING APPLICATIONS FOR WRIT OF GARNISHMENT- 4

|   |   |
|---|---|
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants, | |
| and | |
| GOLDMAN SACHS BANK USA, a financial institution, | |
| Garnishee Defendant. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation, | Case No. 2:25-mc-00037-JHC |
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants, | |
| PNC BANK USA, a financial institution, | |
| Garnishee Defendant. | |
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & | Case No. 2:25-mc-00038-JHC |

ORDER DENYING APPLICATIONS FOR WRIT OF GARNISHMENT- 5

DECKER (U.S.) INC., a Maryland corporation,

     Plaintiffs,

 v.

HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,

     Defendants,

CHARLES SCHWAB & CO, INC., a financial institution,

     Garnishee Defendant.

---

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,

     Plaintiffs,

 v.

HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,

     Defendants,

WELLS FARGO BANK NA, a financial institution,

     Garnishee Defendant.

Case No. 2:25-mc-00039-JHC

ORDER DENYING APPLICATIONS FOR WRIT OF GARNISHMENT- 6

This matter comes before the Court on Plaintiffs' Applications for Writs of Garnishment in the above-captioned cases. The Court DENIES Plaintiffs' applications without prejudice for these reasons:

First, "[a]n answer form as prescribed in RCW 6.27.190" must be served together with a writ of garnishment. RCW 6.27.110(1)(a). RCW 6.27.190(3) provides, "If the writ is not directed to an employer for the purpose of garnishing the defendant's wages, the answer shall be substantially in the following form," and, as pertinent here:

> SECTION I. On the date the writ of garnishment was issued as indicated by the date appearing on the last page of the writ:
>
> > (A) The defendant: (check one) . . . . was, . . . . was not employed by garnishee. If not employed and you have no possession or control of any funds of defendant, indicate the last day of employment: . . . . . . .; and complete section III of this answer and mail or deliver the forms as directed in the writ;
> >
> > (B) The defendant: (check one) . . . . did, . . . . did not maintain a financial account with garnishee; and
> >
> > (C) The garnishee: (check one) . . . . did, . . . . did not have possession of or control over any funds, personal property, or effects of the defendant. (List all of defendant's personal property or effects in your possession or control on the last page of this answer form or attach a schedule if necessary.)

Plaintiffs' answer forms include subsection (B) but do not include subsections (A) and (C). *See* Case No. MC25-30, Dkt. # 5-2 at 7–8.

Second, writs directed to financial institutions must meet the requirements of RCW 6.27.080. RCW 6.27.080(1) provides:

> A writ of garnishment directed to a bank, savings and loan association, or credit union that maintains branch offices shall identify either a particular branch of the financial institution or the financial institution as the garnishee defendant. The head office of a financial institution shall be considered a separate branch for purposes of this section.

The proposed writs of garnishment do not identify specific branches of the financial institutions to which they are directed. Although the applications for writs of garnishment include addresses

- 7

for service, these addresses should be included in the proposed writs.  *See* Case No. 25-mc-00030, Dkt. # 5-2 at 1–6.

Third, because the judgment debtors are individuals, RCW 6.27.130(1)(b) requires service of a notice and claim form as prescribed in RCW 6.27.140.  Such forms are not included.

Fourth, in case No. 25-mc-00038-JHC, an updated Application for Writ of Garnishment has not been filed since the Court denied the original application.  *See* Dkt. # 4.

Plaintiffs may file the amended applications by August 5, 2025.  If the Court does not receive the amended applications by that date, it will direct the Clerk to close this matter.

Dated this 22nd day of July, 2025.

John H. Chun
United States District Judge

- 8